NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


YUSUF SHAKOOR, DC#R16629,    )
    )
       Appellant,    )
    )
v.    )    Case No. 2D17-4017
    )
STATE OF FLORIDA,    )
    )
       Appellee.    )
_____)

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Yusuf Shakoor, pro se.


PER CURIAM.


       Affirmed.


KELLY, KHOUZAM, and SALARIO, JJ., Concur.